Dismissed and Memorandum Opinion filed April 9, 2009








Dismissed
and Memorandum Opinion filed April 9, 2009.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-08-01037-CV

____________

 

MOHAMMED AHMED,
Appellant

 

V.

 

H. WAYNE WHITE,
Appellee

 



 

On Appeal from the 61st District
Court

Harris County ,
Texas

Trial Court Cause No.
2005-47695

 



 

M E M O R
A N D U M  O P I N I O N

This
appeal is from a judgment signed September 29, 2008.  On March 31, 2009, appellant
filed a motion to dismiss the appeal because the parties have resolved their
dispute.  See Tex. R. App. P.
42.1.  The motion is granted.

Accordingly,
the appeal is ordered dismissed.

 

PER
CURIAM

Panel consists of Justices Anderson, Guzman, and Boyce.